In the Matter of NIKOLAI GECETCHKORI, Appellant, v ANTHONY J. ANNUCCI, as Deputy Commissioner of Correctional Services, et al., Respondents.

Submitted November 22, 2010; decided February 22, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.

In the Matter of GRANGER GROUP et al., Appellants, v TOWN OF TAGHKANIC et al., Respondents, and ALAN WILZIG et al., Respondents.

Submitted January 3, 2011; decided February 22, 2011

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

JOEL MURRAY, Appellant, v STATE OF NEW YORK, Respondent.

Submitted December 13, 2010; decided February 22, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of the Claim of SUE ANN PAIVANAS, Appellant, v THE RESOURCE CENTER et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted January 10, 2011; decided February 22, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.